## United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 572 | **DATE** | 6/8/2011 |
| **CASE TITLE** | O'Brien, Eeva v. Mesto Paper USA, Inc. | | |

**DOCKET ENTRY TEXT:**

Pursuant to request of the court and with agreement of parties, telephonic conference set for June 10, 2011 at 10:00 a.m. Plaintiff's counsel to initiate call at 815-987-4480 ext 2.

*[Signature: Philip G. Reinhard]*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|