# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 572 | **DATE** | 6/23/2011 |
| **CASE TITLE** | O'Brien, Eeva v. Mesto Paper USA, Inc. | | |

**DOCKET ENTRY TEXT:**

Settlement Conference held at the Federal Courthouse in Rockford, IL with attorneys and parties. Case settled. Parties to file stipulation to dismiss within 30 days.

*Philip G. Reinhard*

Electronic Notices.

04:00

| | Courtroom Deputy Initials: | JT |
|---|---|---|